April 27, 1972.

M. P. No. 812. ALFREDO PELLICCIA *v.* JOHN F. SHARKEY. Motion of petitioner to be present at hearing to be held May 5, 1972 granted. *Carmine A. Rao,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1736: LOUIS KIRSHENBAUM *et al. v.* DOROTHY H. HAMEL. Motion for leave to file petition for writ of certiorari granted. *Alfred Factor,* for plaintiffs-respondents. *Joseph F. Dugan, John M. Roney,* Rhode Island Legal Services, Inc., for defendant-petitioner.

M. P. No. 1760. LILLIAN REMKA *v.* JOHN J. AFFLECK, *Director, et al.* Petition for writ of habeas corpus denied without prejudice. *Gerald T. Mulligan,* Rhode Island Legal Services, Inc., for petitioner. *Breslin, Sweeney, Reilly & McDonald, Robert H. Breslin, Jr., Stephen J. Fortunato, Jr.,* for respondents.

M. P. No. 1766. PETITION OF EDWIN K. HALL. Petition for review of action of Board of Bar Examiners denying petitioner's request for admission to the Rhode Island bar on motion is denied. Joslin, J., not participating. *Edwin K. Hall,* petitioner, pro se.

Ex. Nos. 1180, 1181, 1182. STATE *v.* GEORGE E. MERCER. Motion of defendant that his appeal be granted on the basis of the decision in *State* v. *Hindle,* 108 R.I. 389, 275 A.2d 915 (1971), is denied without prejudice to the right of defendant to renew the motion at the hearing on the merits. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Joseph A. Capineri,* for defendant.